

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00400-CV

Jose **MACIAS** and Brenda Rivera,
Appellants

v.

William Curtis **COGBURN**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4926
Honorable Bob Brendel, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Lori I. Valenzuela, Justice
               Lori Massey Brissette, Justice

Delivered and Filed: December 4, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellants' brief was due to be filed by October 31, 2024. Neither the brief nor a motion for extension of time compliant with Texas Rule of Appellate Procedure 10.5(b) was filed. On November 12, 2024, we ordered appellants to file, no later than November 22, 2024, their brief and a written response reasonably explaining: (1) their failure to timely file a brief, and (2) why appellee is not significantly injured by appellants' failure to timely file a brief. Our order cautioned appellants that if they failed to timely file a brief and the written response by November 22, 2024,

we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also id*. R. 42.3(c) (allowing involuntary dismissal if appellants fail to comply with court order). Appellants did not file a brief or a response to our November 12, 2024, order. We dismiss this appeal for want of prosecution.

PER CURIAM